No. 03–603. WORLDCOM, INC. *v.* WISCONSIN BELL, INC., DBA AMERITECH WISCONSIN; and

No. 03–656. BIE, COMMISSIONER, PUBLIC SERVICE COMMISSION OF WISCONSIN, ET AL. *v.* WISCONSIN BELL, INC., DBA AMERITECH WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 340 F. 3d 441.

No. 03–638. LIBERTY MUTUAL INSURANCE CO. *v.* CALDWELL TRUCKING PRP GROUP. Sup. Ct. N. J. Motion of Complex Insurance Claims Litigation Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–667. BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 ET AL. *v.* J & J CONSTRUCTION CO. Sup. Ct. Mich. Motion of Public Citizen et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 03–669. O'HARA *v.* NEW YORK. C. A. 2d Cir. Motion of Justice Card Alliance, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–6930. EL *v.* LUCENT TECHNOLOGIES. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–7032. OPONG-MENSAH *v.* JACKSON ET AL. Ct. App. Cal., 3d App. Dist. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 03–7796. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.